ORANGE COUNTY THEATRES, INC., Appellant, *v.* CITY OF
NEWBURGH et al., Respondents.

Argued January 17, 1939; decided February 21, 1939.

*Isaac Miller* and *Stuart M. Miller* for appellant.

*Raphael A. Egan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.